■ In the Matter of Tonette Denise Bunch, Respondent, v Zrinell John Webster, Appellant. [893 NYS2d 798]—Appeal from an order of the Family Court, Erie County (Kevin M. Carter, J.), entered February 18, 2009 in a proceeding pursuant to Family Court Act article 4. The order, insofar as appealed from, upon reconsideration suspended respondent's sentence of incarceration.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Peradotto, Carni, Pine and Gorski, JJ.